UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
C. KELLY OLSEN,                )
                               )
        Petitioner,            )
                               )
    v.                         )   Civil Action No. 06-478 (GK)
                               )
DAN JOSLIN,                    )
    Warden, FDC Seagoville,    )
                               )
        Respondent.            )
_____)
```

### O R D E R

Pursuant to 28 U.S.C. § 2243, it is hereby

**ORDERED** that, **no later than April 14, 2006,** Respondent shall file with this Court and serve on Petitioner a statement showing why the Writ of <u>Habeas Corpus</u> should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on the Bureau of Prisons, the United States Attorney for the District of Columbia, and Petitioner's warden.

March 20, 2005

/s/
Gladys Kessler
United States District Judge

**<u>copies to</u>: attorneys of record via ECF and**

**C. Kelly Olsen**
**34569-077**
**Seagoville FDC**
**P.O. Box 9000**
**Seagoville, TX 75159**