Clerk's Office
United States District Court
for the District of Columbia
Washington, D.C. 20001

May 22, 2006



Clerk's Office
United States District Court
for the Northern District of Texas
1100 Commerce St., Room 1452
Dallas, Texas 75242

**3-06 CV - 09 28 R**

Re: 06-478 (GK) - <u>OLSEN v. JOSLIN</u>

Dear Clerk:

On April 25, 2006, this Court signed an order transferring the above-entitled case to your Court. Enclosed please find the following:

✔ instructions for retrieving electronic case filings,
✔ certified copy of the transfer order
✔ certified copy of the docket entries,
✔ original documents in the file.

Please acknowledge receipt of our file on the duplicate copy of this letter indicating your case number and return it to me in the self-addressed, stamped envelope.

Your attention to this matter is greatly appreciated.

Sincerely,

NANCY MAYER-WITTINGTON, CLERK

By _____

RECEIVED
MAY 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT